UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ABETH HASHIMI,

                                    Plaintiff,

    -against-

BICU'S PLAYGROUND LLC and DANI PIZZA &
REST. CORP,

                                  Defendants.
-----------------------------------------------------------------X

Case No.: 1:24-cv-1571 (EK) (RML)

**NOTICE OF APPEARANCE**

       **PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. hereby appears as counsel for the Defendants in the above-captioned case. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Jamaica, New York
       April 26, 2024

                                         Respectfully submitted,

                                         **SAGE LEGAL LLC**
                                         */s/ Emanuel Kataev, Esq.*
                                         Emanuel Kataev, Esq.
                                         18211 Jamaica Avenue
                                         Jamaica, NY 11423-2327
                                         (718) 412-2421 (office)
                                         (917) 807-7819 (cellular)
                                         (718) 489-4155 (facsimile)
                                         emanuel@sagelegal.nyc

                                         *Attorneys for Defendants*
                                         *Bicu's Playground LLC and*
                                         *Dani Pizza & Rest. Corp*

**VIA ECF**
Barducci Law Firm, PLLC
<u>Attn</u>: Maria-Costanza Barducci, Esq.
5 West 19th Street, 10th Floor
New York, NY 10011-4216
mc@barduccilaw.com

*Attorneys for Plaintiff*
*Abeth Hashimi*