UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
―――――――――――――――――――――――x

**Abeth Hashimi**,

                                Plaintiff,        **Civil Action No. 1:24-cv-01571-EK-RML**

  -against-

**Bicu's Playground LLC**, and              **PLAINTIFF'S  NOTICE OF STRIKING**
**Dani Pizza & Rest. Corp**,                    **AS TO DOCKET ENTRY "9"**

                              Defendants.
―――――――――――――――――――――――x

## NOTICE OF STRIKING

COMES NOW the Plaintiff, Abeth Hashimi by and through his undersigned counsel hereby files this Notice of Striking of *Document Entry 9*, filed on July 3rd, 2024, on procedural error grounds for duplicative filing, and otherwise request that the Court instead refer to **Docket No. 10** in its place, as formulating the Plaintiff's Reply In Opposition To Defendants' Application For A Pre-Motion Conference.

Thank you.

                                        Respectfully Submitted,

                                        <u>Maria-Costanza Barducci</u>
                                        Maria-Costanza Barducci, Esq.
                                          *Attorney for Plaintiff*
                                        5 West 19th Street, 10th Floor
                                        New York, NY 10011
Via: CM/ECF                           MC@BarducciLaw.com

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this day, July 4th, 2024. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

                                BARDUCCI LAW FIRM, PLLC
                                5 West 19th Street, 10th Floor
                                New York, NY 10011
                                (212) 433-2554

By:  s/ Maria-Costanza Barducci
        Maria-Costanza Barducci, Esq.
          *Attorney for Plaintiff*
        Bar No. 5070487
        MC@BarducciLaw.com

cc: Via CM/ECF