UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ABETH HASHIMI,

                                    Plaintiff,

    -against-

BICU'S PLAYGROUND LLC and DANI PIZZA &
REST. CORP,

                                   Defendants.
----------------------------------------------------------------X

Case No.: 1:24-cv-1571 (EK) (RML)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE**, that upon the accompanying declaration of Emanuel Kataev, Esq. dated September 29, 2024, the memorandum of law in support, and all the prior papers and proceedings herein, the Defendants will move this Court, before the Hon. Eric Komitee, U.S.D.J. ("Judge Komitee"), at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Courtroom 6G North, Brooklyn, NY 11201-1804, for an Order pursuant to Rule 41 of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule") dismissing this case for failure to prosecute, and for such other and further relief as the Court deems just, equitable, and proper.

      **PLEASE TAKE FURTHER NOTICE**, that pursuant to ¶ III(B) of the Judge Komitee's Individual Rules and Practices in Civil Cases, this motion may be made without a pre-motion conference.

      **PLEASE TAKE FURTHER NOTICE**, pursuant to Rule 6 and Local Civil Rule 6.1, Plaintiff's opposition papers are due on Monday, October 14, 2024, unless otherwise ordered by this Court, and Plaintiff's reply papers in further support are due on Monday, October 21, 2024.

Dated: Jamaica, New York
       September 29, 2024                      Respectfully submitted,

**SAGE LEGAL LLC**
*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendants*
*Bicu's Playground LLC and*
*Dani Pizza & Rest Corp.*

**VIA ECF**
Barducci Law Firm, PLLC
Attn: Maria-Costanza Barducci, Esq.
5 West 19th Street, 10th Floor
New York, NY 10011-4216
mc@barduccilaw.com

*Attorneys for Plaintiff*
*Abeth Hashimi*

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. Robert M. Levy, U.S.M.J.
225 Cadman Plaza East
Courtroom 11B South
Brooklyn, NY 11201-1804

2