🇺🇸 An official website of the United States government.    Here's how you know. ⌄    Log in to PACER Systems →



## Party Search Results

**Search Criteria:** Party Search; Last Name: [hashimi]; First Name: [abeth]; Sort: [Date Filed, Ascending]
**Result Count:** 47 (1 page)
**Current Page:** 1

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Hashimi, Abeth (pla) | 1:2018cv05040 | Hashimi v. Ima Pizza Store 21 LLC et al | New York Southern District Court | 06/06/2018 | 10/09/2018 |
| Hashimi, Abeth (pla) | 1:2018cv06746 | Hashimi v. C & C First Ave. Corp. et al | New York Southern District Court | 07/26/2018 | 01/22/2019 |
| Hashimi, Abeth (pla) | 1:2018cv07077 | Hashimi v. McDonalds Corporation et al | New York Southern District Court | 08/07/2018 | 09/12/2018 |
| Hashimi, Abeth (pla) | 1:2018cv08831 | Hashimi v. Brasero Restaurant, Inc. | New York Southern District Court | 09/26/2018 | 09/03/2019 |
| Hashimi, Abeth (pla) | 1:2018cv09108 | Hashimi v. Black Iron Burger LLC et al | New York Southern District Court | 10/04/2018 | 07/26/2019 |
| Hashimi, Abeth (pla) | 1:2018cv09865 | Hashimi v. Half Pint on Thompson, LLC et al | New York Southern District Court | 10/25/2018 | 02/22/2019 |
| Hashimi, Abeth (pla) | 1:2018cv09907 | Hashimi v. 4 Runners Inc. et al | New York Southern District Court | 10/26/2018 | 04/03/2019 |
| Hashimi, Abeth (pla) | 1:2018cv10474 | Hashimi v. Muscle Maker Corp., LLC et al | New York Southern District Court | 11/12/2018 | 03/13/2019 |
| Hashimi, Abeth (pla) | 1:2018cv12363 | Hashimi v. Hud-Moe LLC et al | New York Southern District Court | 12/31/2018 | 06/24/2019 |
| Hashimi, Abeth (pla) | 1:2019cv00010 | Hashimi v. T & S Restaurant (NY) Corp. et al | New York Southern District Court | 01/02/2019 | 02/14/2019 |
| Hashimi, Abeth (pla) | 1:2019cv00547 | Hashimi v. Yumi Delite, Inc. et al | New York Eastern District Court | 01/29/2019 | 04/09/2019 |
| Hashimi, Abeth (pla) | 1:2019cv01685 | Hashimi v. T-Swirl Astoria, Inc et al | New York Eastern District Court | 03/25/2019 | 05/02/2019 |
| Hashimi, Abeth (pla) | 1:2019cv04360 | Hashimi v. Satelip Restaurant Corp. et al | New York Southern District Court | 05/14/2019 | 06/22/2021 |
| Hashimi, Abeth (pla) | 1:2019cv03436 | Hashimi v. Astoria Bier and Cheese Inc. et al | New York Eastern District Court | 06/11/2019 | 09/24/2019 |
| Hashimi, Abeth (pla) | 1:2019cv03495 | Hashimi v. Uncle Peter's Bar & Grill Inc. et al | New York Eastern District Court | 06/13/2019 | 07/16/2020 |

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Hashimi, Abeth (pla) | 1:2019cv08399 | Hashimi v. Harlem Sam, Inc. et al | New York Southern District Court | 09/10/2019 | 10/16/2020 |
| Hashimi, Abeth (pla) | 1:2019cv08897 | Hashimi v. HRK Foods Inc. et al | New York Southern District Court | 09/25/2019 | 08/21/2020 |
| Hashimi, Abeth (pla) | 1:2019cv10177 | Hashimi v. Nessfood 304 LLC et al | New York Southern District Court | 11/01/2019 | 07/22/2020 |
| Hashimi, Abeth (pla) | 1:2019cv10353 | Hashimi v. Best On Stanton Inc. et al | New York Southern District Court | 11/07/2019 | 01/22/2020 |
| Hashimi, Abeth (pla) | 1:2019cv10984 | Hashimi v. Divan, Inc. et al | New York Southern District Court | 11/27/2019 | 03/20/2020 |
| Hashimi, Abeth (pla) | 1:2020cv01073 | Hashimi v. Clmo, LLC et al | New York Eastern District Court | 02/27/2020 | 08/09/2021 |
| Hashimi, Abeth (pla) | 1:2020cv01071 | Hashimi v. The Corner Spot Inc. et al | New York Eastern District Court | 02/27/2020 | 07/13/2020 |
| Hashimi, Abeth (pla) | 1:2020cv05051 | Hashimi v. Lissadell Inc. et al | New York Eastern District Court | 10/21/2020 | 02/18/2021 |
| Hashimi, Abeth (pla) | 1:2020cv05052 | Hashimi v. Bowlers LLC et al | New York Eastern District Court | 10/21/2020 | 12/03/2020 |
| Hashimi, Abeth (pla) | 1:2020cv06172 | Hashimi v. Paris Oven Inc. et al | New York Eastern District Court | 12/20/2020 | 09/29/2021 |
| Hashimi, Abeth (pla) | 1:2022cv03061 | Hashimi v. 12th & 1st DE LLC et al | New York Southern District Court | 04/13/2022 | 04/13/2023 |
| Hashimi, Abeth (pla) | 1:2022cv03059 | Hashimi v. 12th & 1st DE LLC et al | New York Southern District Court | 04/13/2022 | 04/20/2022 |
| Hashimi, Abeth (pla) | 1:2022cv03054 | Hashimi v. 25 Clinton Street Associates LLC et al | New York Southern District Court | 04/13/2022 | 03/08/2023 |
| Hashimi, Abeth (pla) | 1:2023cv02298 | Hashimi v. 82-90 Broadway Realty Corporation et al | New York Eastern District Court | 03/26/2023 | 10/06/2023 |
| Hashimi, Abeth (pla) | 1:2023cv04763 | Hashimi v. Cortez et al | New York Eastern District Court | 06/26/2023 | 03/26/2024 |
| Hashimi, Abeth (cd) | 1:2023cv04763 | Hashimi v. Cortez et al | New York Eastern District Court | 06/26/2023 | 03/26/2024 |
| Hashimi, Abeth (pla) | 1:2023cv04982 | Abeth Hashimi, v. 68-38 Forest LLC et al | New York Eastern District Court | 07/01/2023 | 02/23/2024 |
| Hashimi, Abeth (pla) | 1:2023cv05224 | Hashimi v. JC Vernon Corp. et al | New York Eastern District Court | 07/09/2023 | 08/08/2024 |
| Hashimi, Abeth (pla) | 1:2023cv07199 | Hashimi v. 37A Bedford LLC et al | New York Southern District Court | 08/15/2023 | 02/13/2024 |
| Hashimi, Abeth (pla) | 1:2023cv07196 | Hashimi v. Dada Bada Realty LLC et al | New York Southern District Court | 08/15/2023 | 02/13/2024 |
| Hashimi, Abeth (pla) | 1:2024cv00496 | Abeth Hashimi, v. Immacolata Centola et al | New York Eastern District Court | 01/23/2024 | 06/04/2024 |
| Hashimi, Abeth (pla) | 1:2024cv00513 | Hashimi v. 5 Spring Property Owner llc et al | New York Southern District Court | 01/24/2024 | |
| Hashimi, Abeth (pla) | 1:2024cv01386 | Hashimi v. Il Toscano Ristorante, Inc. | New York Eastern District Court | 02/24/2024 | 05/30/2024 |
| Hashimi, Abeth (pla) | 1:2024cv01463 | Abeth Hashimi, v. Home Savings Bank et al | New York Eastern District Court | 02/27/2024 | |

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Hashimi, Abeth (pla) | 1:2024cv01571 | Abeth Hashimi, v. Bicu's Playground LLC et al | New York Eastern District Court | 03/01/2024 | |
| Hashimi, Abeth (pla) | 1:2024cv01580 | Abeth Hashimi, v. P & G Northern Realty LLC et al | New York Eastern District Court | 03/01/2024 | 08/07/2024 |
| Hashimi, Abeth (pla) | 1:2024cv01605 | Abeth Hashimi, v. Si Hua Inc et al | New York Eastern District Court | 03/04/2024 | |
| Hashimi, Abeth (pla) | 1:2024cv01642 | Abeth Hashimi, v. 22-49 College Point Blvd. Corp et al | New York Eastern District Court | 03/05/2024 | |
| Hashimi, Abeth (pla) | 1:2024cv02769 | Hashimi v. Mumford et al | New York Southern District Court | 04/12/2024 | 07/18/2024 |
| Hashimi, Abeth (pla) | 1:2024cv05626 | Abeth Hashimi, v. GGG Family LLC et al | New York Eastern District Court | 08/12/2024 | |
| Hashimi, Abeth (pla) | 1:2024cv05947 | Abeth Hashimi, v. Station Square Inn Apartments Corp et al | New York Eastern District Court | 08/26/2024 | |
| Hashimi, Abeth (pla) | 1:2024cv06055 | Hashimi v. Romagrase Inc | New York Eastern District Court | 08/29/2024 | |

**PACER Service Center**  10/21/2024 00:50:47
**User**  ekesq2014
**Client Code**
**Description**  All Court Types Party Search
All Courts; Name hashimi, abeth; All Courts; Page: 1; sort: DateFiled, ASC
**Billable Pages**  1 ($0.10)

PACER FAQ    Privacy & Security    Contact Us



This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov