MARIA-COSTANZA BARDUCCI
BARDUCCI LAW FIRM
PLLC
5 WEST 19TH STREET, 10TH
FLOOR NEW YORK, NEW YORK

---

10011 TELEPHONE: 212-433-2554

**November 20, 2024**

Honorable Robert M. Levy
U.S. Magistrate Judge
Eastern District of New York
225 Cadman Plaza E,
Brooklyn, NY 11201

    **Re:**    ***Abeth Hashimi, v. Bicu's Playground LLC et al***
           **Civil Action No.:  1:24-cv-01571-EK-RML**
           ***Letter-Motion to Adjourn Conference and Extend Deadlines***

Your Honorable Magistrate Judge Levy,

    We represent Plaintiff in the above-styled action.

    Pursuant to the Court's October 25, 2024 Order, the Parties are required to attend the motion conference scheduled for today.

    Plaintiff most humbly apologizes for the abrupt timing of the motion to adjourn the conference, however the Plaintiff has sent a settlement demand to Defendants, and plaintiff wishes to find an agreement and avoid additional cost on the parties and preserve judicial economy. The Defendants stated they do not oppose the adjournment requests.

    Thereon the Plaintiff requests a 30-day adjournment of the conference to give the settlement negotiations a chance to unfold. Thank you for your time in considering this request.

                                              Most Respectfully,

                                              BARDUCCI LAW FIRM

                                              */s/ Maria-Costanza Barducci*
                                              PLLC

                                              Maria-Costanza Barducci Esq.

cc: Via CM/ECF Only