UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No.: **1:24-cv-01571-EK-RML**

| | |
|---|---|
| **Abeth Hashimi**, <br>  Plaintiff, <br> vs. <br><br> **Bicu's Playground LLC**, et al. <br>  Defendants. | **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST ALL DEFENDANTS** |

Plaintiff, and Defendants, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

Dated: May 7, 2025

By: /s/ Maria-Costanza Barducci    
    Maria-Costanza Barducci, Esq.  
    BARDUCCI LAW FIRM PLLC.  
    5 West 19th St., 10th Fl.  
    New York, NY 10011  
    Telephone: (212) 433-2554  
    mc@barduccilaw.com  
    *Attorneys for Plaintiff*

By: /s/ Emanuel Kataev    
    Emanuel Kataev Esq.  
    Sage Legal LLC  
    18211 Jamaica Avenue  
    Jamaica, NY 114232327  
    718-412-2421  
    emanuel@sagelegal.nyc  
    *For the Defendants*

cc: Via CM/ECF